B1 (Official Form 1)

UNITED STATES BANKRUPTCY COURT

| | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **ALJALAL, AMI MERRIE** | Name of Joint Debtor (Spouse) (Last, First, Middle): **— NA —** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **WEBB (maiden name)** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **— NA —** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **8528** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **NA** |
| Street Address of Debtor (No. and Street, City, and State): **30 W. CHICAGO AVE. #1529 CHICAGO, IL**   ZIP CODE **60654** | Street Address of Joint Debtor (No. and Street, City, and State): **— NA —**   ZIP CODE |
| County of Residence or of the Principal Place of Business: **COOK COUNTY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **— NA —**   ZIP CODE | Mailing Address of Joint Debtor (if different from street address): **— NA —**   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **— NA —**   ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **DISABLED** | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 11 2016

JEFFREY P. ALLSTEADT, CLERK

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: — *NA* — | Case Number: | Date Filed: |
| Location Where Filed: — *NA* — | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: — *NA* — | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____

     Signature of Attorney for Debtor(s)          (Date)

</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Signatures |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~Sim M Galal~~_
Signature of Debtor

X _NA_
Signature of Joint Debtor

_312-506-2488_
Telephone Number (if not represented by attorney)

_12/1/15_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _NA_
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _NA_
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _NA_
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_NA_
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re ALJALAL, AMI MERRIE          Case No._____
         Debtor                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.* Cert# 12459-ILN-CC-027086532

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Did credit counseling with Abacus Credit Counseling on 3/9/16. Do not have certificate yet. Counselor Amy Berman

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                    Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: __3/10/16__

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re _ALJALAL, AMI MERRIE_
    _Debtor_

Case No. _____

Chapter _7_

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 500.00 | | |
| B - Personal Property | Yes | 3 | $ 640.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | $ 145,425.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 958.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 733.00 |
| TOTAL | | 61 | $ 500 – | $ 145,425.29 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re **AL SALAL, AMI MERRIE**      Case No. _____
_Debtor_

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ Ø |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ Ø |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ Ø |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ Ø |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ Ø |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 958— |
| Average Expenses (from Schedule J, Line 22) | $ 733— |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ Ø |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ Ø | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ Ø |
| 4. Total from Schedule F | | $ 145,425.29 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 5) | | $ 145,425.29 |

B6A (Official Form 6A) (12/07)

In re _ALSALAL, AMI MERRIE_  Case No. _____
        Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Burial Plot Greenview Memorial 1201 Avenue of the Cities East Moline, IL 61244 | My burial plot | | 500- | Ø |
| | | | | |
| | | | | |
| | | | | |

Total► 500.00

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re _ALJALAL, AMI MERRIE_
　　　　　Debtor

Case No. _____
　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

　　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C.- Property Claimed as Exempt.

　　　**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking - Chase Bank | | 100- |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | TV, CD player, laptop, Nook, slimbook (My home) | | $150- |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, CDs, DVDs (My home) | | $30- |
| 6. Wearing apparel. | | Summer & winter clothings, shoes (Home) | | $100- |
| 7. Furs and jewelry. | | Silver jewelry & costume | | $20- |
| 8. Firearms and sports, photographic, and other hobby equipment. | | digital camera, posters, family pictures, 35mm camera (Home) | | $80- |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re _ALJALAL, AMI MERRIE_____    Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A — Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  ALJALAL, AMI MERRIE                      Case No. _____
              Debtor                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Table & chairs, bookcase, plastic bins, 2 shelving units (Home) | | $40- |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Christmas tree, knick knacks, Medical equipment: C-Pap, Tens Signal, Walker, Nebulizer | | $120- |

_____ continuation sheets attached   Total▶  $ $640.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re _ALJALAL, AMI MERRIE_      Case No. _____
      Debtor                                        *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                     $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Burial Plot | 11 US Code 522(d)(1) IL 225-45/49 and IL 815-390/16 | $18,400 2 wildcard | 500— |
| Clothing, religious books, family pix | 11 US Code 522(d)(3) 735 ILCS-1001(a) | $9850— | 100— |
| cane, C-Pap, TENS, walker, nebulizer | 11 US Code 522(d)(9) 735 ILCS-5/12-1001(e) no limit | unlimited | 120— |
| Furniture, electronics, books, art supplies | 11 US Code 522(d)(3) 735 ILCS 5/12-1001(b) | $9850— $4000— | 320— |
| Jewelry | | | |
| SSI, food stamps, Medicaid | 11 US Code 522(d)(10)(A) 735 ILCS 5/12-1001(g)(i) 305 ILCS 5/11-3 | | 958— |
| | | | |
| | | | |
| | | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re **ALSALAL, AMI MERRIE**    Case No. _____
　　　　Debtor    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　　List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re _ALJALAL, AMI MERRIE_                          Case No._____
      _____                                        _(if known)_
             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."       If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6E (Official Form 6E) (04/13) – Cont.

In re _ALJALAL, AMI MERRIE_ Case No._____
                Debtor                                           *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_0_ continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re  ALJALAL, ANI, MERRIE _____   Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 410-885-755 Brylane Home Comenity Bank PO Box 182782 Columbus, OH 43218 | | | Aug-Oct 2015 credit card | | | | 439.69 |
| ACCOUNT NO. 409-601-007 Woman Within Comenity Bank PO Box 182782 Columbus, OH 43218 | | | 2013-2015 credit card | | | | 590.58 |
| ACCOUNT NO. 412-932-365 Roaman's Comenity Bank PO Box 182782 Columbus, OH 43218 | | | Aug-Oct 2015 credit card | | | | 630.70 |
| ACCOUNT NO. 996-342-358 Jessica London Comenity Bank PO Box 182782 Columbus, OH 43218 | | | Sept/Oct 2015 credit card | | | | 309.85 |

Subtotal ▶ $ 1970.82

46 continuation sheets attached

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  AL JALAL, AMI, MERRIE                    Case No. _____
                  **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 18127601 18127801 18127701 Suncoast Hospital PO BOX 2025 Largo, FL 33779-2025 | — | — | June 2001 for medical care and treatment. | | | | (76) 84.06 (77) 109.44 (78) 67.38 |
| ACCOUNT NO. 99031965 99034368 Financial Services PO BOX 22147 Tampa, FL 33622-2147 | 99049397 Network | | Aug. 8, 1999 medical care collections | | | | '' |
| ACCOUNT NO. 99031965 99031368 Absolute Collection Service 421 Fayetteville St Raleigh, NC 27601 | 99044939 Service Transit 600 | | Jan. 1999   medical care Dec. 6, 2004   collections Dec. 30, 2004 Feb 3, 2005 | | | | '' |
| ACCOUNT NO. 18127601 18127801 18127701 Pollack & Rosen, PA 800 Douglas Rd Ste 450 Coral Gables, FL 33134 | 18127801 | | June 8, 2001 medical care collections | | | | '' |
| ACCOUNT NO. #18127901 18128001 18128801 Suncoast Hospital PO BOX 2025 Largo, FL 33779-2025 | — | — | June 8, 2001 for medical care and treatment. | | | | (79) 38.13 (80) 209.28 |

Sheet no. __2__ of __the__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ **508.29**

Total ▶ $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  AL JALAL, AMI, MERRIE
_____
       **Debtor**

Case No. _____
                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1812797 1812702? Pollack & Rosen 800 Douglas Road Ste 450 Coral Gables, FL 33134 | 50 | | June 8, 2001 medical care collections | | | | (38.13) (209.28) |
| ACCOUNT NO. 22242290 22279892 Suncoast Hospital PO BOX 2025 Largo, FL 33779-2025 | 22283881 22296719 22310635 | | 5/1/2002  5/15/2002 5/23/2002 5/31/2002 6/7/2002 | Medical care | | | 36.10 36.10 36.10 36.10 90.96 |
| ACCOUNT NO. (same acc #'s) ACF Medical Services Inc PO BOX 13645 Roanoke, VA 24036-3645 | | | Dec 14, 2006 medical care collections | | | | '' |
| ACCOUNT NO. (same acc #'s) Preferred CMS. Inc. PO BOX 2964 Tampa, FL 33601-2964 | | | June 27, 2002 July 1, 2002 Oct 29, 2002 medical care collections | | | | '' |
| ACCOUNT NO. 15116 Suncoast Health Clinics CBO PO Box 2025 Largo, FL 33779-2025 | | | Aug 5, 2002 for medical care & treatment. | | | | 38 - |

Sheet no. 3 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 273.36

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ___Al JALAL, AMI, MERRIE___          Case No. _____
         **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15116.0 Preferred C.M.5 Inc. PO Box 2964 Tampa, FL 33601-2964 | | | June 5, 2003 medical care collections | | | | (98-) |
| ACCOUNT NO. C0090538106 Morton Plant Hospital PO Box 2017 Clearwater, FL 33757-2017 | | | Feb 4, 2002 for emergency medical care. | | | | 7286.50 |
| ACCOUNT NO. 3079950 Financial Credit Services PO Box 90 Clearwater, FL 33757 | | | April 16, 2002 medical care collections | | | | 11 |
| ACCOUNT NO. 90538106 Nathan A. Schwartz, PA 5255 N. Federal Hwy 2nd Fl Boca Raton, FL 33487 | | | Aug 6, 2002 medical care collections | | | | 11 |
| ACCOUNT NO. 915 * 90538106 Radiology Assoc. of Clearwater PO Box 917368 Orlando, FL 32891-7368 | | | Feb 3, 2002 medical care | | | | $286- |

Sheet no. _4_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 7572.50

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL JALAL, AMI, MERRIE_____     Case No. _____
                    **Debtor** .                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3184687 Financial Credit Services PO Box 90 Clearwater, FL 33757 | | | Feb. 11, 2002 medical care collections | | | | (286-) |
| ACCOUNT NO. 4407 Clearwater Pathology Associates PO Box 550059 Tampa, FL 33655-0059 | | | Feb 3, 2002 medical care | | | | $170- |
| ACCOUNT NO. 942020303 Berc Sarafian, MD PA PO Box 300 Largo, FL 33779 | | | Feb 3 - Feb 4, 2002 medical care | | | | $ unknown |
| ACCOUNT NO. FCL906819792 Clearwater Emergence Physicians FCL PO Box 7479 Philadelphia, PA 19101-7479 | | | Feb 5, 2002 medical care | | | | 24- $430- $405- 28- |
| ACCOUNT NO. 3147140 906819792 0067751 OSI Collection Services, Inc PO Box 964 Brookfield, WI 53008 | | | July 19, 2004 medical care collections | | | | (457-) (405-) |

Sheet no. 5 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1079.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al JALAL, AMI, MERRIE_____      Case No. _____
                    **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 906819792 0 067781 NCC/Commonwealth PO Box 18036 Hauppauge, NY 11788-8836 | | | medical care collections | | | | (457-) (405-) |
| ACCOUNT NO. 906819792-0067782 -0067781 NCO Financial Systems PO Box 8547 Philadelphia, PA 19101 | | | Jan 21, 2005 March 29, 2005 medical care collections | | | | #1 (457-) |
| ACCOUNT NO. 00008627C980 University Community Hospital-Carrolwood PO Box 861372 Orlando, FL 32886-1372 | | | April 14, 2002 medical care | | | | #845.23 |
| ACCOUNT NO. 862709801C-85503209; GT85298156 Preferred Collection & Mngt Services, Inc POB 2964 Tampa, FL 33601 | | | June 17, 2002 Sept 24, 2002 | medical care collections | | | '' |
| ACCOUNT NO. 8627098-0-0 Computer Credit, Inc Claim Dept 70677 640 W. 4th St/POBox 5238; Winston-Salem, NC 27113-5238 | | | July 11, 2002 '' | medical care collections | | | '' |

Sheet no. _6_ of _46_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 845.23

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ___AL JALAL, AMI, MERRIE___          Case No. _____
         **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 218118 <br> ACF Medical Services, Inc <br> PO Box 13645 <br> Roanoke, VA 24036-3645 | | | medical care collections <br> April 16, 2002 <br> Dec. 7, 2006 | | | | (845.23) |
| ACCOUNT NO. <br> Resurrection HealthCare/St. Mary's <br> 2233 W. Division St <br> Chicago, IL | | | Oct-Nov 2006 <br> medical care | | | | no records found (unknown) |
| ACCOUNT NO. ALJA000001 <br> Emmanuel Alzona, MD <br> 4618 Fargo Ct <br> Skokie, IL 60076 | | | Nov. 3, 2006 <br> medical care | | | | $980— |
| ACCOUNT NO. ALJA000001 <br> Samland Health Care, Inc <br> 4320 W. Montrose Ave <br> Chicago, IL 60641 | | | " <br> medical care collections | | | | " |
| ACCOUNT NO. 1LA0041763AAA <br> UIC Pathology <br> 4810 Paysphere Circle <br> Chicago, IL 60674 | | | March 1, 2007 <br> medical care | | | | $120— |

Sheet no. _7_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1100—

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL JAYM, AMI MERRIE_ _____    Case No. _____
        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 270980<br>Carrollwood Emergency<br>PO Box 31023<br>Tampa, FL 33631 | | | medical care<br>Physicians @ Univ. Comm. Hospital - Carrollwood<br>April 16, 2002 | | | | $300- |
| ACCOUNT NO. 270980<br>Merchant Association<br>PO Box 2842<br>Tampa, FL 33601-2842 | | | medical care collections<br>Collection Division, Inc | | | | '' |
| ACCOUNT NO. 190402-3F86270980<br>Tampa Bay Radiology Consultants<br>3450 Buschwood Park Dr. #115<br>Tampa, FL 33618 | | | medical care<br>April 17, 2002 | | | | $72.48 |
| ACCOUNT NO. 386270980<br>Merchant Assoc. Collection Division, Inc<br>PO Box 2842<br>Tampa, FL 33601-2842 | | | medical care collections<br>Oct 9, 2002 | | | | '' |
| ACCOUNT NO. 1826070111741<br>Merchant Assoc. Collection Division, Inc<br>PO Box 2842<br>Tampa, FL 33601-2842 | | | medical care collections<br>June 28, 2001 | | | | $185- |

Sheet no. 8 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 557.48

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL AMI MERRIE_          Case No. _____
          Debtor                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10004293547  10004322639 <br> Largo Medical Center <br> PO Box 31171 <br> Tampa, FL 33631 | | 10004400697-40144 <br> 10004440957-36  medical care <br> 10004410664 <br> 4/27/02   6/13-6/14/02 <br> 5/16-5/17/02  6/2/02 | | | | | #6686.92 <br> 679.53 <br> 5358.98 <br> 185.64 <br> 183.64 |
| ACCOUNT NO. same as #3  9144140;4741346; 4741333;9156122; 10501663 <br> NCO Financial Services, Ilc-Atlanta <br> PO Box 13584 <br> Philadelphia, PA 19101-3584 | | medical care <br> July 11, 2002  collections <br> Nov 24, 2002 <br> Dec 20, 2002 | | | | | " |
| ACCOUNT NO. 9144140;4741333;4741346;9156122 <br> NCO Financial Systems, Inc. Head <br> 5990 Oakbrook Pkwy <br> Norcross, GA 30093 | | March 6-7, 2003 <br> medical care <br> collections | | | | | #7552.09 <br> (185.64) <br> (5359.00) <br> (6686.92) |
| ACCOUNT NO. 6023601;6023588; 6069018; 9156122; <br> Attention LLC <br> PO Box 2308 <br> Sherman, TX 75091-2308 | | 5792654,6945419 <br> 3/25/03  5/19/03 <br> 5/12/03  8/13/03 | medical <br> care <br> collections | | | 14406 | (679.53) <br> (6686.92) <br> (5358.98) <br> (9369.00) <br> (185.64) |
| ACCOUNT NO. 6945419;6069018;5792654;1282156 <br> West Asset Mngt <br> 220 A. North Sunset <br> Sherman, TX 75092 | | 2003  medical care <br> 2002  collections <br> 2002 <br> 2003 | | | | | (186.00) <br> (5359.00) <br> (186.00) <br> 4061.00 |

Sheet no. _9_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 24,709.80

Total ► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, AMI MERRIE,                          Case No. _____
_____Debtor_____                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 016037 Carl Suchar DO 1000 Lakeview Rd ste 4 Clearwater, FL 33756 | | | June 13, 2002 in hospital medical care | | | | $266— |
| ACCOUNT NO. 001423 Ernest C. Baul DO PO Box 5075 Cherry Hill, NJ 08034 | | | April 10, 2002 for medical care and treatment | | | | $429— |
| ACCOUNT NO. 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 Bruno-Cusamano-Montesi 15701 Warbler Place Tampa, FL 33624-1521 | | | 1/20/03; 5/9/03; 9/30/04; 6/9/05 -Tataglia-Palmina-Camp, LLC medical care collections | | | | '' |
| ACCOUNT NO. 418*10004400697 Ameripath FL Inc PO Box 63068 Charleston, SC 29419-3068 | | | 4/24-4/27/2002 medical care collections | | | | '' |
| ACCOUNT NO. 10004322639 Dr. Ricard Munoz 3344 118th Ave N. St Pete, FL 33716 | | | May 7, 2002 medical care and treatment | | | | $53— |

Sheet no. 10 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 748—

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>ALJALAL, AMI MERRIE</u>,                    Case No. _____
                    **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10043322639 MCB Collection Services, Inc PO Box 9 Vero Beach, FL 32961 | | | Nov. 8, 2002 medical care collections | | | | (53-) |
| ACCOUNT NO. 10004322639 Ameripath FL Inc PO Box 63068 Charleston, SC 29419 | | | May 7, 2002 medical care collections | | | | " |
| ACCOUNT NO. 418*10004293547; 10004400697 Ameripath FL Inc PO Box 63068 Charleston, SC 29419 | | | April 27, 2002 June 14, 2002 medical collections | | | | $226- $126- |
| ACCOUNT NO. 10004293547; 10004400697 MCB Collection Services, Inc PO Box 9 Vero Beach, FL 32961 | | | 4/27/2002 6/14/2002 medical collections | | | | " " |
| ACCOUNT NO. unknown NCO Financial Systems, Inc 507 Prudential Rd Horsham, PA 19044 | | | Sept. 4, 1996 June 21, 1997 medical collections | | | | $30- $50- |

Sheet no. 41 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 432-

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **ALJALAL, AMJ MERRIE**          Case No. _____
_____Debtor_____                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. IONM 75/54WL70 NCO Financial Systems PO Box 41457 Philadelphia, PA 19101 | | | April 25, 2003 July 21, 2003 medical collections | | | | $327— $1424— |
| ACCOUNT NO. JT8609/KP8352 NCO Financial Systems PO Box 8547 Philadelphia, PA 19101 | | | Feb. 6, 2002 medical care collections | | | | $155— $122— |
| ACCOUNT NO. 35956358 Swedish Covenant Hsp 5145 N. California Ave Chicago, IL 60625 | | | Oct. 31, 2007 medical care + treatment | | | | $148— |
| ACCOUNT NO. 35956358 CB Accounts, Inc 1101 Main St Peoria, IL 61606 | | | " medical collections | | | | " |
| ACCOUNT NO. 00225109/35956358 Armor Systems Corp. 1700 Kiefer Dr #1 Zion, IL 60099 | | | " medical collections | | | | " |

Sheet no. 12 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 2226

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRIE_   Case No. _____
            Debtor                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NO126944915 Norwegian American Hsp 1044 N. Francisco Chicago, IL | | | Sept 12, 2006 for medical care | | | | unknown per no records found |
| ACCOUNT NO. 72759167091 ASAP Home Oxygen Inc 3349 118th Ave N. St. Pete, FL 33716 | | | April 26, 2002 for walker | | | | $65- |
| ACCOUNT NO. 0293209 Diagnostic Clinic PO Box 2901 Largo, FL 33779-2901 | | | 4/24/02; 6/13/02; 11/20/02 medical care + treatment | | | | $422- 30- 80- |
| ACCOUNT NO. 124720; 5120543101; 0293209 Medical Business Consultants/Settlement Division PO Box 5417 Largo, FL 33779-5417 | | | 4/17/03; 8/28/02; 5/10/02 medical collections | | | | '' '' '' |
| ACCOUNT NO. unknown United Health Care Service Corp PO Box 740800 Atlanta, GA 30374-0800 | | | May 10, 2002 medical collections | | | | '' '' '' |

Sheet no. _13_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 597-

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al JALAL, AMI MERRIE,_                    Case No. _____
     Debtor                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WATO4293S478;WATO44405 7362/1;WATO4440CLATIM<br>WATO98926145; 462052<br>Russell Emergency Physicians<br>PO Box 42026<br>Philadelphia, PA 19101-2026 | | | 4/24/02; 6/16/02; 6/13/02; 2/24/03<br>medical care; treatment | | | | $598—<br>273—<br>602—<br>261—<br>327— |
| ACCOUNT NO. QHQ193(300823336);19277672;19277708;23543564;16087S9163<br>NCO Financial Systems Inc<br>PO Box 17095<br>Wilmington, DE 19850-7095 | | | Feb 24, 2003<br>March 7, 2005<br>2002-2006<br>medical collections | | | | (261—)<br>549—<br>249—<br>405—<br>249— |
| ACCOUNT NO. See list ></br>OSI Collection Services, Inc<br>PO Box 960<br>Brookfield, WI 53008 | | | medical collections<br>6/13/02 #2938569,04440697/,0261067<br>#2938570,04440697/,0261069<br>6/16/02 #2938626,04405-7362,0259990<br>#2938027,04405 7362,0259991 | | | | $29—<br>24—<br>(249—)<br>24— |
| ACCOUNT NO.<br>    // | | | 6/13/02 #2938568,044406971,0261066<br>2/24/03 #6418326,048926125,0314935<br>7/6/02 #WAT042936478<br>5/6/02 #WAT043226398<br>9/13/02 #2730581042935480248797 | | | | (549—)<br>(261—)<br>(598—)<br>278—<br>24— |
| ACCOUNT NO.<br>    // | | | #2730580042935478 0248798 26—<br>9/30/02 #2786983 043226398 0252751 (249—)<br>#2786984 043226398 0252752 29—<br>10/18/02 #2730579042935478 0248796 (549—)<br>2730580 042935478 0248798 327— | | | | |

Sheet no. 14 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 4244—

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRYE_     Case No. _____
            Debtor                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ST4373 Boyajian Law Offices (AAL) 201 Rte 17 N, 5th Floor Rutherford, NJ 07070-2574 | | | Oct. 30, 2006 for medical care & treatment | | | | $515- |
| ACCOUNT NO. 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 Coastline Emergency Physicians PO Box 41694 Philadelphia, PA 19101-1694 | | | 2002-2006? medical care | | | | $639- |
| ACCOUNT NO. 587891 Assetcare 5100 Peachtree Industrial Blvd Norcross, GA 30071 | | | 2002-2006? medical collections | | | | " |
| ACCOUNT NO. 460044 Boyajian Law Offices 201 Rte 17 N, 5th Floor Rutherford, NJ 07070 | | | Jan. 13, 2005 medical collections | | | | " |
| ACCOUNT NO. 1676183905381067083614 9;-0836150;-0836151 OSI PO Box 960 Brookfield, WI 53008 | | | May 10, 2002 medical collections | | | | (576-) (24-) (39-) |

Sheet no. 15 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1154-

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRIE_    Case No. _____
             Debtor                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 475ND0905381067083Co149; DL1339<br>NCO Financial Systems<br>PO BOX 41457<br>Philadelphia, PA 19101 | | | April 25, 2003<br>medical collections | | | | (576) |
| ACCOUNT NO. EZF673/FNH495<br>NCO Financial Systems<br>PO Box 8547<br>Philadelphia, PA 19101 | | | Sept. 19, 2003<br>Nov. 21, 2003<br>Medical collections | | | | $549-<br>875- |
| ACCOUNT NO. 31313412<br>NCO Financial<br>PO Box 13584<br>Philadelphia, PA 19101 | | | 2006<br>medical collections | | | | $207- |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _16_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1631-

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **ALJALAL, AMI MERRIE**          Case No. _____
      Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8177146 Mesquite Community Hsp. 3500 Interstate 30 Mesquite, TX 75150 | | | May 21, 2005 for medical care & treatment. | | | | $867.78 |
| ACCOUNT NO. 48912729 NCO Financial Systems, Inc PO Box 45147 Dallas, TX 75245 | | | Sept, 7, 2005 medical collections | | | | " |
| ACCOUNT NO. 909#97402 ERB Joint Venture, LLC PO Box 1888 Greenville, TX 75403 | | | May 21, 2005 medical collections care | | | Art | $35 — |
| ACCOUNT NO. 10018471 Presbyterian Hsp of Denton 300 I-35 N Denton, TX 76201 | | | July 28, 2005 medical care | | | | $2162.40 |
| ACCOUNT NO. 10018471 Medical Third Party Resources Inc 207 N. Bonnie Brae Denton, TX 76201 | | | Sept. 15, 2005 medical care collections | | | | " |

Sheet no. 7 of 40 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3065.18

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRIE_       Case No. _____
<br>Debtor                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10018471 <br> Financial Corporation of America <br> 400 E. Anderson Ln, Ste 300 <br> Austin, TX 78752 | | | Jan. 10, 2006 <br> medical collections | | | | (2162.40) |
| ACCOUNT NO. 10018471 <br> Medical Revenue Services <br> PO Box 938 <br> Vero Beach, FL 32960 | | Services | May 10, 2006 <br> medical collections | | | | '' |
| ACCOUNT NO. 9175 <br> Denton ER DOCS, PA <br> PO Box 8526 <br> Ft. Worth, TX 76124 | | | July 28, 2005 <br> medical care | | | | $339— |
| ACCOUNT NO. A249-0002717-01 <br> Denton Radiology <br> PO Box 495064 <br> Garland, TX 75049 | | | July 28, 2005 <br> medical care | | | | $185— |
| ACCOUNT NO. A71646-002717-01 <br> Medical Business Bureau, LLC <br> 1175 Devin Dr <br> Norton Shores, MI 49441 | | | 2005 <br> medical collections | | | | '' |

Sheet no. 18 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal▶   $ 524—

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AlJALAL, AMI MERRIE_   Case No. _____
Debtor   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. L0611400045; L0612302545; L06132-00094 <br> WellStar Paulding Hsp. <br> 805 Sandy Plains Rd <br> Marietta, GA 30066 | | | April 24, 2006 <br> May 3, 2006 <br> May 12, 2006 | Medical care | | | $233— <br> $4777— <br> $2406.50 |
| ACCOUNT NO. 2392415 <br> Paulding Hospital <br> Patient Accounts Bureau <br> 6621 Bay Circle Ste 1800; Norcross, GA 30071 | | | '' <br> Medical care | | | | '' <br> '' <br> '' |
| ACCOUNT NO. L0612302545; L0613200094 <br> Quantum Radiology NW <br> PO Box 10023 <br> Kennesaw GA 30156 | | | May 3, 2006 <br> May 12, 2006 <br> Medical care | | | | $696— <br> $51— |
| ACCOUNT NO. P-163215/P-164034 <br> Sharon C. Amaya, MD <br> 5665 New Northside Dr, NW, Ste 320 <br> Atlanta, GA 30328 | | | '' <br> Medical care | | | | $342— <br> $417— |
| ACCOUNT NO. P-162505 <br> Thomas C. Roepke, MD <br> 5665 New Northside Dr, NW, Ste 320 <br> Atlanta, GA 30328 | | | April 24, 2006 <br> '' <br> Medical care | | | | $275— |

Sheet no. _19_ of _40_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 9197.50

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **ALJALAL, AMI MERRIE**         Case No. _____
　　　　　　Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1552994 <br> Durham & Durham Attorneys law <br> 5665 New Northside Dr Ste 340 <br> Atlanta, GA 30328 | | | April 2006 <br><br> Medical collections | | | | (275-) |
| ACCOUNT NO. 0022883364 <br> Chatanooga Regional Medical Center <br> Memorial Healthcare System <br> PO BOX 1162 283 30368 <br> Atlanta, GA | | | Aug 12, 2006 <br><br> Medical care | | | | $1930.52 |
| ACCOUNT NO. 0022883364 (706/824) <br> Receivables Mngmt Bureau, Inc <br> 409 Bearden Park Circle <br> Knoxville, TN 37919 | | | Oct. 30, 2006 <br><br> medical collections | | | | " |
| ACCOUNT NO. 1552994 <br> The Bortolazzo Group LLC <br> 5665 New Northside Dr #320 <br> Atlanta, GA 30328 | | | Re: Thomas C. Roepke, MD collections. | | | | (275-) |
| ACCOUNT NO. 380394416-0369 <br> University of Illinois Medical Center @ Chicago <br> Patient Accounts <br> PO Box 12199 <br> Chicago, IL 60612 | | | Jan. 18, 2007 <br><br> medical care | | | | $542- |

Sheet no. 20 of 40 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2472.52

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL,AMI MERRIE_
　　　　　　Debtor

Case No. _____
　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00032096190 <br> Holy Cross Hospital <br> 2701 W. 68th St <br> Chicago, IL 60629 | | | Sept. 26, 2006 for emergency medical care. | | | | unknown per no records found |
| ACCOUNT NO. 192303 <br> Midwest Neopad Associates, LTD <br> PO Box 2686 <br> Carol Stream, IL 60132 | | | Sept. 22, 2006 medical care | | | | $475- |
| ACCOUNT NO. 9788916/9489158 <br> ICS <br> PO Box 646 <br> Oak Lawn, IL 60454 | | | Sept 22, 2006 Sept 23, 2006 medical collections) | | | | (475-) $658- |
| ACCOUNT NO. 48343005 <br> Holy Cross EMS <br> City of Chicago; Dept of Revenue -EMS medical <br> PO Box 805030; Chicago, IL 60680 care | | | Sept. 21, 2006 | | | | $366- |
| ACCOUNT NO. 04900104461 <br> Marquette Radiology Associates, LLC <br> PO Box 2153 <br> Bedford Park, IL 60499 | | | Dec. 16, 2006 medical care | | | | $442- |

Sheet no. 21 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1941-

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, AMI MERRIE                    Case No. _____
_____Debtor_____                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 220757 <br> Credit Service Company <br> PO Box 588 <br> Anna, IL 62906 | | | Dec. 16, 2006 <br> medical collections | | | | $442- |
| ACCOUNT NO. 3-798179 <br> U of C Physicians Group <br> PO Box 75307 <br> Chicago, IL 60675 | | | June 25, 2007 <br> medical care | | | | $420- |
| ACCOUNT NO. 507360 <br> M 3 Financial Services, Inc <br> PO Box 7230 <br> Westchester, IL 60154 | | | " <br> medical collections | | | | " |
| ACCOUNT NO. 3643442 <br> Weiss <br> 4646 N. Marine Dr. <br> Chicago, IL 60640 | | | Jan. 12, 2007 <br> for emergency <br> medical care | | | | $3272.33 |
| ACCOUNT NO. 0803944 16 <br> Miles Square Health Center <br> 1220 S. Wood St <br> Chicago, IL 60608 | | | 2007 <br> for medical care <br> & treatment | | | | $107.80 |

Sheet no. 22 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 3800.13

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, Ami MERRIE                               Case No. _____
            Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. (see list) <br> John H. Stroger, Jr Hsp. of Cook County <br> 1110 S. Oakly Annex Bldg <br> Chicago, IL 60612 | | | 2006-2009 | | | | unknown per ng records with totals on them |
| ACCOUNT NO. <br> '' | | | Medical care and treatment <br> 200723609 <br> 199756925 <br> 6199781147 <br> 6199125253 | | | | #82.80 609.52 unknown unknown |
| ACCOUNT NO. <br> '' | | | 200762771 <br> 020031820 <br> 02017914498 <br> 0199314378 | | | | #240- unknown unknown unknown |
| ACCOUNT NO. 200288371 <br> Lineberger, Goggan, Blair & Sampson, LLP <br> PO Box 06268 <br> Chicago, IL 60606-0268 | | | May 31, 2007 <br><br> Medical Collections | | | | 18,539.92 |
| ACCOUNT NO. 9589 <br> European Foot & Ankle Clinic <br> 3541 W. Irving Park <br> Chicago, IL 60618 | | | March 21, 2014 <br> April 14, 2014 <br> medical care and treatment | | | | 520.00 |

Sheet no. 23 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 19,992.24

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, Ami MERRIE,
       **Debtor**

Case No. _____
              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0025824 96E<br>Northwestern Medical Group | | | Sept. 22, 2014<br>Dec. 17, 2014<br>Aug. 24, 2014<br>may 26, 2014<br>Medical care & treatment | | | | 81.35<br>67.85<br>13.50<br>157.10 |
| ACCOUNT NO. 3-010245 6964/0025824 96E<br>Northwestern Medical Faculty Foundation<br>38693 Eagle Way<br>Chicago, IL 60678 | | | Dec. 21, 2007<br>March 19, 2014 | | | | 1153-<br>147.50 |
| ACCOUNT NO. 867756241-001; 86918489-001; 06000285<br>000247528987-003<br>2006-2015<br>medical care<br>Northwestern Hsp<br>PO Box 73690<br>Chicago, IL 60673 | | | | | | | 71556-001;<br>#6221.80<br>468.93<br>185- |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. 24149639<br>Harris & Harris, Ltd<br>111 W. Jackson Blvd Ste 400<br>Chicago, IL 60604 | | | April 1, 2014 | | | | (185-) |

Sheet no. 24 of 40 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 13,134.03

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, AMI MERRIE
                Debtor

Case No. _____
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 100101155 4 <br> Advocate Medical Group <br> 701 Lee St <br> DesPlaines, IL 60016 | | | 2013 <br> medical care | | | | #7.55 |
| ACCOUNT NO. 000100090001894 2 <br> Illinois Eye Institute <br> 3241 South Michigan Ave. <br> Chicago, IL 60616 | | | 2013 <br> medical care | | | | #3.90 |
| ACCOUNT NO. 1003894 2 <br> Harvard Collection Service <br> 4839 Elston Ave <br> Chicago, IL 60630-2534 | | | 2006 <br> medical care collections | | | | #150- |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 25 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 161.45

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRIE_     Case No. _____
      Debtor                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2171551<br>Regional Medical Center of NEA<br>3024 Stadium Blvd<br>Jonesboro, AR 72401 | | | Dec 18, 2004<br>medical care | | | | $117.25 |
| ACCOUNT NO. 002171551<br>RGL Associates, Inc<br>3536 Darien Hwy<br>PO Box 1054<br>Brunswick, GA 31521 | | | April 28, 2005<br>medical collections | | | | '' |
| ACCOUNT NO. 1403084<br>Merchants & Medical Bure<br>PO Box 1054<br>Brunswick, GA 31521-1054 | | | April 2005<br>medical collections | | | | '' |
| ACCOUNT NO. 664832<br>NEA Clinic<br>814 Cobb St<br>Jonesboro, AR 72401 | | | Dec 18, 2004<br>medical care | | | | $55— |
| ACCOUNT NO. 1253564<br>RCM<br>PO Box 4037<br>Jonesboro, AR 72403 | | | 2005<br>medical collections | | | | '' |

Sheet no. 40 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ 172.25

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALSLAL, AMI MERRIE_       Case No. _____
     **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8834604-962M BMG Music PO Box 1958 Indianapolis, IN 46291 | | | Jan 30, 2008 bill for CDs (music) | | | | #30.77 |
| ACCOUNT NO. 8834604-9621083418651060 North Shore Agency, Inc 270 Spagnoli Rd Melville, NY 11747 | | | Feb. 1, 2008 collections Jan 24, 2002 | | | | (30.77) #39.04 |
| ACCOUNT NO. C0228770830 The Classic Composers unknown | | | 2012 bill for CDs (music) | | | | #31.80 |
| ACCOUNT NO. D501-0228770830 North Shore Agency PO Box 17211 Wilmington DE A850 | | | 2012 collections | | | | '' |
| ACCOUNT NO. 0228770830 ATG Credit LLC PO Box 14895 Chicago, IL 60614 | | | 2013 collections | | | | '' |

Sheet no. 27 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal► $ 62.57

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL JALAL, AMI MERRIE_
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 022877 0830-0001 Penn Credit PO Box 1259 Dept 91047 Oaks, PA 19456 | | | March 19, 2013 collections | | | | (31.80) |
| ACCOUNT NO. 8223-1800 1-45710463  2002 " 3012-2928657  2001 Bright House Networks 2530 Drew St Clearwater, FL 33765 | | | Cable TV services | | | | # 84.86 # 9.27 |
| ACCOUNT NO. 01-02710 5-170143574791 Bright House Networks " | | | 2003 cable/internet services | | | | #218.46 |
| ACCOUNT NO. " Credit Protection Assoc, LP 13355 Noel Rd Dallas, TX 75240 | | | Sept 18, 2003 collections | | | | " |
| ACCOUNT NO. 11BT87774A Court Services Agency 401 S. Jackson St Jackson, MI 49201 | | | 2012 Walking ticket (Jamel) 517-788-9500 | | | | 196— |

Sheet no. 26 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 508.59

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, AMI MERRIE                    Case No. _____
         Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1001-1092587-02 RCN 100 Baltimore Dr. Wilkes Barre, PA 18702 | | | Dec. 2007 Dec 9, 2007 cable services | | | | $217.51 $42.31 |
| ACCOUNT NO. 014-1092587 02 CCS, Inc. 23220 Chagrin Blvd #400 Cleveland, OH 44122 | | | Dec. 2007 collections | | | | (217.51) |
| ACCOUNT NO. 2487705\| Goodwin & Bryan, LLP PO Box 221400 Cleveland, OH 44122 | | | April 17, 2008 collections | | | | '' |
| ACCOUNT NO. 8771300011141961 Comcast PO Box 1370 Blue Bell, PA 19422 | | | 2013-14 cable services | | | | $173.94 |
| ACCOUNT NO. R-435919 Convergent Outsourcing Inc 800 SW 39th St / PO Box 9004 Renton, WA 98057 | | | April 22, 2014 collections | | | | '' |

Sheet no. 29 of 40 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 433.76

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ALJALAL, AMI MERRIE  Case No. _____
Debtor  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 34381-910 26<br>Progress Energy<br>PO Box 33199<br>St Pete, FL 33733 | | | March 12-April 13, 2004<br>utility services | | | | #212.23 |
| ACCOUNT NO. 34381910 26<br>Credit Control of Pinellas<br>PO Box 9<br>Vero Beach, FL 32961 | | | July 26, 2004<br>collections | | | | '' |
| ACCOUNT NO. 60604600009 29414<br>Online Information Sycs<br>202 W. Firetower Rd<br>Winterville, NC 28590-8412 | | | 2004<br>Collections | | | | '' |
| ACCOUNT NO. 1325 1831<br>MSN<br>PO Box 847124<br>Dallas, TX 75284 | | | May 2001<br>services | | | | #43.90<br>#384.13 |
| ACCOUNT NO. 197035397-CA<br>Dun & Bradstreet RMS<br>PO Box 3096<br>Meriden, CT 06450 | | | Collections | | | | (384.13) |

Sheet no. 30 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 640.26

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al JALAL, AMI MERRIE_                                   Case No. _____
                  **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6369921050340362 Fingerhut PO Box 1190 Saint Cloud, MN 56396 | | | Oct. 2015 credit account | | | | 1157.58 |
| ACCOUNT NO. N-792234476 Eagle Automotive 22980 US Hwy 72E, Ste A Athens, AL 35613 | | | Aug. 2015 partial car return fee | | | | $333.63 |
| ACCOUNT NO. 4447962245500284 Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | | 2013-2015 credit card | | | | 763.08 |
| ACCOUNT NO. unknown Midland Credit Management, Inc PO Box 60578 Los Angeles, CA 90060 | | | 2016 collections | | | | '' |
| ACCOUNT NO. 51780065 18705555 First Premier Bank PO Box 5524 Sioux Falls, SD 57117 | | | Sept/Oct 2015 credit card | | | | 846.74 |

Sheet no. 31 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 3101.03

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALALAMI MERRIE,_____     Case No. _____
                 Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 990143038957 0 <br> Seventh Avenue <br> 1112 7th Ave <br> Monroe, WI 53566 | | | Sept/Oct 2015 | | | | 257.18 |
| ACCOUNT NO. 990143038963 0 <br> Ginny's <br> 1112 7th Ave <br> Monroe, WI 53566 | | | Aug/Sept 2015 | | | | 23.95 |
| ACCOUNT NO. 990143038953 0 <br> Country Door <br> 1112 7th Ave <br> Monroe, WI 53566 | | | Sept 2015 | | | | 105.54 |
| ACCOUNT NO. 0537844 76-02 <br> Stoneberry <br> PO Box 2820 <br> Monroe, WI 53566 | | | Aug/Sept 2015 | | | | 226.16 |
| ACCOUNT NO. 99014303892 90 <br> Montgomery Ward <br> 3650 Milwaukee St <br> Madison, WI 53714 | | | Sept. 2015 | | | | 39.90 |

Sheet no. 32 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 652.73

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL-JALAL, AMI MERRIE_   Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0123847634 Nestle Pure Life Direct #216 6661 Dixie Hwy, Ste4 Louisville, KY 40258 | | | 2015 water delivery | | | | $66.78 |
| ACCOUNT NO. 946998 Caine & Weiner PO Box 5010 Woodland Hills, CA 91365 | | | " collections | | | | " |
| ACCOUNT NO. 0123847634 Ready Refresh #215 6661 Dixie Hwy, Ste 4 Louisville, KY 40258 | | | " collections | | | | " |
| ACCOUNT NO. unknown Crisp County Probate Court, GA 510 N. 7th St Cordele, GA 31010 | | | 2006 speeding ticket | | | | $231.- |
| ACCOUNT NO. 2015082755648 Pioneer Credit Recovery 1975 SW Waterford Ct Lake City, FL 32025 | | | " collections | | | | " |

Sheet no. _33_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **297.78**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL JALAL, AMJ MERRIE_____    Case No. _____
             **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TF648SD / 9601957104 Alltel PO Box 530533 Atlanta, GA 30353 | | | July 28, 2004 cell phone service | | | | $328.40 |
| ACCOUNT NO. 11772426 Alliance One 1684 Woodlands Dr Ste 150 Maumee, OH 43537 | | | Oct. 25, 2004 collections | | | | " |
| ACCOUNT NO. 4363269 Michael P. Margelefsky 709 Madison Ave Ste 302 Toledo, OH 43624 | | | Jan. 31, 2005 collections | | | | " |
| ACCOUNT NO. 1898454 Omni Credit Services of FL, Inc PO Box 23381 Tampa, FL 33623 | | | April 18, 2006 collections | | | | " |
| ACCOUNT NO. 023903903-02 Afni, Inc PO Box 3427 Bloomington, IL 61702 | | | Aug. 3, 2007 collections | | | | " |

Sheet no. 34 of 416 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ **328.40**

Total ▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJAIAL, AMJ, MERRIE_____    Case No. _____
      **Debtor**    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unknown<br>US Sprint<br>PO Box 530503<br>Atlanta, GA 30353 | | | July 15, 2001<br>cell phone service | | | | $78.38 |
| ACCOUNT NO. 1550291-ALBVCT<br>Risk Mngt Alternatives, Inc<br>PO Box 405291<br>Atlanta, GA 30348 | | | Aug. 15, 2001<br>collections | | | | '' |
| ACCOUNT NO. 530ACA<br>NCO Financial Systems<br>PO Box 41417, Dept 99<br>Philadelphia, PA 19101 | | | Nov. 13, 2001<br>collections | | | | '' |
| ACCOUNT NO. 8834604-962M<br>BMG Music Service<br>PO Box 1958<br>Indianapolis, IN 46291 | | | 2002<br>bill for CDs (music) | | | | $39.29 |
| ACCOUNT NO. 8834604-96210834186510 6<br>North Shore Agency, Inc<br>PO Box 8901<br>Westbury, NY 11590 | | | July 22, 2002<br>collections | | | | '' |

Sheet no. 35 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 117.67

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re AL JALAL, Ami MERRIE                                  Case No. _____
         Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 813 414 06 21 Verizon Communications PO Box 920041 Dallas, TX 75392 | | | 2001-2006? cellular phone service | | | | $196.96 |
| ACCOUNT NO. 813 414 06 21 Collection Systems unknown | | | 2001-? collections | | | | " |
| ACCOUNT NO. unknown AFNI PO Box 3427 Bloomingdale, IL 61702 | | | Sept. 2006 collections | | | | " |
| ACCOUNT NO. 1307 6790 Solomon & Solomon, PA 5 Columbia Circle Albany, NY 12203 | | | Nov. 14, 2001 collections | | | | " |
| ACCOUNT NO. 0004 2198 Equity Residential (The Falls Apts - FL) 2 N. Riverside Plaza Chicago, IL 60606 | | | May 24, 2001 rent for apartment | | | | $454.36 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 651.32

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALJALAL, AMI MERRIE_    Case No. _____
      **Debtor**    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1 341566 71 <br> AT&T <br> PO Box 5014 <br> Carol Stream, IL 60197 | | | internet service | | | | $59.80 |
| ACCOUNT NO. 23506587 <br> Sunrise Credit Services <br> PO Box 9100 <br> Farmingdale, NY 11735 | | | " <br> collections | | | | " |
| ACCOUNT NO. 58032913 <br> Southwest Credit <br> 4120 International Pkwy, Ste 1100 <br> Carrollton, TX 75007-1958 | | | collections | | | | " |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 37 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 59.80

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __ALJALAL, ANI, MERRIE__                         Case No. _____
            **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 050629705000269 Telecheck Services, Inc 14141 Southwest Fwy Sugar Land, TX 77478 | | | Sept 5, 2006 Aug 5, 2006 Jan 9, 2008 bounced check | | | | #375- |
| ACCOUNT NO. 2498692379 Friedman & Wexler, LLC 500 W. Madison St Ste 2910 Chicago, IL 60661 | | | Oct. 23, 2007 Jan 9, 2008 collections | | | | " |
| ACCOUNT NO. 134156671 AT&T PO Box 5014 Carol Stream, IL 60197 | | | 2015 | | | | $59.80 |
| ACCOUNT NO. 23506587 Sunrise Credit Services, Inc PO Box 9100 Farmingdale, NY 11735 | | | " | | | | " |
| ACCOUNT NO. unknown Willabee & Ward 47 Richards Ave. Norwalk, CT 06857 | | | Oct. 22, 2015 bracelet bill | | | | #33.90 |

Sheet no. 38 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 408.90

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al JALAL, AmI MERRIE_ ,        Case No. _____
     Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 754-100-274 Lane Bryant World Financial Network National Bank PO Box 182071 Columbus, OH 43218 | | | Jan. 11, 2003 credit card | | | | $356.20 |
| ACCOUNT NO. 1181617 Mountain States Adjustment 123 W. 1st St Ste 430 Casper, WY 82601 | | | Jan. 15, 2005 collections | | | | '' |
| ACCOUNT NO. unknown NCO Portfolio Mgmt 1201 Market St Ste 800 Wilmington, DE 19801 | | | 2005 collections 877-294-4849 | | | | '' |
| ACCOUNT NO. 900900139949 890 Retailers National Bank - Target 1247 Broadway Sonoma, CA 95476 | | | Dec 3, 2007 credit card | | | | unknown - no records found |
| ACCOUNT NO. | | | | | | | |

Sheet no. 39 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 356.20

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al-Jalal, Ami Merrie_
　　　　　　　　Debtor

Case No. _____
　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 51780 5226 5014577 Capital One PO Box 85015 Richmond, VA 23285 | | | April 2004 Credit card | | | | #1850.85 |
| ACCOUNT NO. R3659 Viking Collection Service, Inc. PO Box 59207 Minneapolis, MN 55459 | | | " collections | | | | #2368.70 |
| ACCOUNT NO. 51780 5226 5014577 Portfolio Recovery Associates, LLC 120 Corporate Blvd Norfolk, VA 23502 | | | " collections | | | | #4471.47 |
| ACCOUNT NO. M63V87 Viking Collection Service, Inc. PO Box 59207 Minneapolis, MN 55459 | | | " collections | | | | #1986.29 |
| ACCOUNT NO. 7968973 Associated Recovery Systems PO Box 469048 Escondido, CA 92025 | | | " collections | | | | #2447.39 |

Sheet no. 40 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 13,124.71

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __ALJALAL, AMI MERRIE,__      Case No. _____
          Debtor                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 101307965 <br> Capital Mngt Services, Inc <br> 726 Exchange St, Ste 700 <br> Buffalo, NY 14210 | | | " <br> collections | | | | $2754.40 |
| ACCOUNT NO. 544045005 2149873 <br> Orchard Mastercard <br> 8775 Aero Dr # 238-A <br> San Diego, CA 92123 | | | Sept. 2000 <br> credit card | | | | $788.71 |
| ACCOUNT NO. 155480 <br> Lake Valley Retrievals, Inc <br> PO Box 232339 <br> San Diego, CA 92193 | | | " <br> collections | | | | $795.05 |
| ACCOUNT NO. unknown <br> Black & Gray, Inc <br> PO Box 464 <br> Hamburg, NY 14075 | | | " <br> collections | | | | $1145.29 |
| ACCOUNT NO. 163533 <br> Malcolm S. Gerald & Associates <br> 332 S. Michigan Ave Ste 514 <br> Chicago, IL 60004 | | | " <br> collections | | | | $657.20 |

Sheet no. 41 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ 6140.74

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALSALAL, AMI MERRIE_
　　　　　Debtor

Case No. _____
　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 425449250052801 Providian National Bank 295 Main St Tilton, NH | | Bank | July 11, 2001 credit card | | | | #97571 |
| ACCOUNT NO. 4254492500528801 Associated Recovery Systems PO Box 463023 Escondido, CA 92046 | | | July 2001 collections | | | | " |
| ACCOUNT NO. CM30077322 The Credit Store 3401 North Louise Ave Sioux Falls, SD 57107 | | | 2001-2006? collections | | | | #1046.15 |
| ACCOUNT NO. 850412917 Midland Credit Mngt, Inc PO Box 939019 San Diego, CA 92193 | | | 2001-2006? collections | | | | #1054.79 |
| ACCOUNT NO. CV118963 Pinnacle Credit Services PO Box 640 Hopkins, MN 55343-0640 | | | 2001-2015? collections | | | | #2195- |

Sheet no. _42_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5271.65

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _AL-JALAL, AMI MERRIE_ ,        Case No. _____
               **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. unknown<br>Sprint Wireless<br>6200 Sprint Pkwy<br>Overland Park, KS 66211 | | | 2004<br>cell phone service | | | | $434.10 |
| ACCOUNT NO. 0526504152<br>US Asset Mngt Inc<br>unknown | | | 2004<br>Collections | | | | " |
| ACCOUNT NO. 0526504152/87786919<br>KCA Financial Services, Inc<br>628 North St PO Box 53<br>Geneva, IL 60134 | | | 2004<br>collections | | | | (434.10)<br>$79 — |
| ACCOUNT NO. unknown<br>Collection Co of America<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | | | 2007<br>collections | | | | (433-) |
| ACCOUNT NO. 2487105/<br>RCN 14 Chicago<br>2640 W Bradley Place<br>Chicago, IL 60618 | | | 2008<br>Cable service | | | | $217.51 |

Sheet no. _43_ of _46_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 730.61

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALSALAL, AMI MERRIE_,                    Case No. _____
          **Debtor**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 014-109258702 Goodwin & Bryan, LLP PO Box 221406 Cleveland, OH 44122 | | | " Collections | | | | (217.51) |
| ACCOUNT NO. 9601957104 Alltel 1 Allied Dr Little Rock, AR 72202 | | | May 10, 2008 cell phone service | | | | $314.45 |
| ACCOUNT NO. 023903903-02 Afni, Inc PO Box 3427 Bloomington, IL 61702 | | | " Collections | | | | " |
| ACCOUNT NO. 8771300111419961 Comcast PO Box 1370 Blue Bell, PA 19422 | | | April 22, 2014 cable service | | | | $173.94 |
| ACCOUNT NO. R-4315919 Convergent Outsourcing, Inc 800 SW 39th St. PO Box 9004 Renton, WA 98057 | | | " Collections | | | | " |

Sheet no. 44 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 488.39

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _Al Salai, Ami Merrie_                           Case No. _____
   _____Debtor_____                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29779493 Littleton Coin Company 1309 Mount Eustic Rd Littleton, NH 03561 | | | Oct. 19, 2005 bill for coins | | | | $48.40 |
| ACCOUNT NO. RIC Physical Therapy 345 E. Superior St Chicago, IL 60611 | | | 2007-8 no show for medical appointment | | | | $50— |
| ACCOUNT NO. D065222502 Chicago Public Library 400 S. State St Chicago, IL 60605 | | | 2012 overdue book fines | | | | $50— |
| ACCOUNT NO. unknown US Postal Service 475 L'Enfant Plz SW Washington, D.C. 20260 | | | 2006 postal charges per bounced check | | | | $92— |
| ACCOUNT NO. unknown Allianceone Rec Mgt Spec. Po Box 2449 Gig Harbor, WA 98335 | | | 2006-7 collections | | | | (92—) |

Sheet no. 45 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 240.40

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _ALSALAL, AMI MERRIE_        Case No. _____
          Debtor                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 36233150111833 <br> MAF Collection Services <br> 134 S. Tampa St <br> Tampa, FL 33602-5354 | | | | | | | $345- |
| ACCOUNT NO. 426429099982986 <br> Bank of America <br> 4060 Galetown Stanton Rd <br> mail code De5-019-03-07 <br> Newark, DE 19713 | | | 2009 <br> Fraud <br> 800-680-7289 | | | | $7356- |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 46 of 46 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

             Subtotal▶   $ 7701-

             Total▶   $ 145,425.29
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re _ALSALAL, AMI MERRIE_          Case No._____
　　　　　　**Debtor**　　　　　　　　　　　　　　　 **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| The Lawson House 30 W. Chicago Ave, 2nd Floor Chicago, IL 60654 | Leasing of room 1529. (My home) |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re _ALSALAL, AMI MERRIE_     Case No. _____
      **Debtor**                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify your case:**

Debtor 1 _Ami Merrie Aljalal_
First Name    Middle Name    Last Name

Debtor 2 _NA_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |

If you have more than one job,
attach a separate page with
information about additional
employers.

Include part-time, seasonal, or
self-employed work.

Occupation may include student
or homemaker, if it applies.

Employment status     ☐ Employed     ☐ Employed
☒ Not employed     ☐ Not employed

Occupation     _Disabled_

Employer's name     _None_

Employer's address     _— NA —_
Number   Street                    Number   Street

City        State    ZIP Code     City        State    ZIP Code

How long employed there?     _— NA —_

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ ∅ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3.  +$ ∅ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4.  $ ∅ | $_____ |

Debtor 1  **Ami Merrie Aljalal**
First Name   Middle Name   Last Name

Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ → | 4. | $ *Ø* | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ *Ø* | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ *Ø* | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ *Ø* | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ *Ø* | $_____ |
| 5e. Insurance | 5e. | $ *Ø* | $_____ |
| 5f. Domestic support obligations | 5f. | $ *Ø* | $_____ |
| 5g. Union dues | 5g. | $ *Ø* | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ *Ø* | + $_____ |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ *Ø* | $_____ |

| | | | |
|---|---|---|---|
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ *Ø* | $_____ |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ *Ø* | $_____ |
| 8b. Interest and dividends | 8b. | $ *Ø* | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ *Ø* | $_____ |
| 8d. Unemployment compensation | 8d. | $ *Ø* | $_____ |
| 8e. Social Security | 8e. | $ *733* | $_____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: *Food Stamps, Cash benefits, Medicaid* | 8f. | $ *225* | |
| 8g. Pension or retirement income | 8g. | $ *Ø* | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. +$ *Ø* | + $_____ |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ *958* | $_____ |

| | | | | | |
|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ *958* | + | $_____ | = $_____ |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ *Ø*

| | | |
|---|---|---|
| **12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies. | 12. | $ *958* |

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    _AMI MERRIE AL JALAL_
First Name    Middle Name    Last Name

Debtor 2    _NA_
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
  expenses as of the following date:
  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
  maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                           12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**        ☒ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.                        each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _NA_ | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do you have expenses include
   expenses of people other than
   yourself and your dependents?**    ☒ No
                                      ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
   any rent for the ground or lot.                                          4.   $ _265.00_

   If not included in line 4:

   4a.   Real estate taxes                                                   4a.  $ _0_
   4b.   Property, homeowner's, or renter's insurance                        4b.  $ _0_
   4c.   Home maintenance, repair, and upkeep expenses                       4c.  $ _0_
   4d.   Homeowner's association or condominium dues                         4d.  $ _0_

Debtor 1    **Ami Merrie Aljalal**

First Name    Middle Name    Last Name

Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence, such as home equity loans** | 5. | $ _____ 0 |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | $ _____ 13.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ _____ |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _____ 10.00 |
| 6d.  Other. Specify: _____ | 6d. | $ _____ 0 |
| 7. **Food and housekeeping supplies** | 7. | $ _____ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ _____ 0 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ _____ 10.00 |
| 10. **Personal care products and services** | 10. | $ _____ 25.00 |
| 11. **Medical and dental expenses** | 11. | $ _____ 0 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ _____ 0 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ _____ 0 |
| 14. **Charitable contributions and religious donations** | 14. | $ _____ 10.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | $ _____ 0 |
| 15b.  Health insurance | 15b. | $ _____ 0 |
| 15c.  Vehicle insurance | 15c. | $ _____ 0 |
| 15d.  Other insurance. Specify:_____ | 15d. | $ _____ 0 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _____ 0 |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. | $ _____ 0 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ _____ 0 |
| 17c.  Other. Specify:_____ | 17c. | $ _____ 0 |
| 17d.  Other. Specify:_____ | 17d. | $ _____ 0 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | $ _____ 0 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ _____ 0 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a.  Mortgages on other property | 20a. | $ _____ 0 |
| 20b.  Real estate taxes | 20b. | $ _____ 0 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ _____ 0 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ _____ 0 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ _____ 0 |

Debtor 1   _AMI MERRIE ALSALAL_

First Name   Middle Name   Last Name

Case number (if known)_____

21. **Other.** Specify: _Cigarettes_                     21.   +$ _100.00_

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.                    22.   $ _733.00_

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $ _958.00_

   23b. Copy your monthly expenses from line 22 above.                     23b.   −$ _733.00_

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.                               23c.   $ _225.00_

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☒ No.
   ☐ Yes.   | Explain here: |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _ALJALAL, AmI MERRIE_                Case No. _____
        Debtor                                                    (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _3/10/16_____        Signature: _____
                                                          Debtor

Date _____NA_____        Signature: _____
                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

_____
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.


Date _____        Signature: _____

                                                          _____
                                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____
Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

In re: *AlJalal, Ami Merrie*              Case No. _____
                    Debtor                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

1. **Income from employment or operation of business**



State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

B7 (Official Form 7) (04/13)                                                                                    2

**2.  Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $ 710 — | SSI 2013 |
| $ 721 — | SSI 2014 |
| $ 733 — | SSI 2015 and 2016 |

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*



*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|



*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

B7 (Official Form 7) (04/13)                                                                                    3



c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments



a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|



b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                   4

### 6. Assignments and receiverships



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Fourth Presbyterian Chicago, IL | My Church | Weekly | $5-10 wk |

### 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    5

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ami Aljalal 30 W. Chicago Ave #1529 Chicago, IL 60654 | 3/9/16 | $24.00 |

**10.  Other transfers**

None


a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None


b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                          6

### 12. Safe deposit boxes



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    7

**16.  Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**



a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                              8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

 b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

 a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

 b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)

9

 c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

 d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

 a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT
                                                         OF  INVENTORY
                                                         (Specify cost, market or other basis)

 b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES
                                                OF CUSTODIAN
                                                OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

 a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

 b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                NATURE AND PERCENTAGE
NAME AND ADDRESS          TITLE                 OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)                                                                           10

**22 . Former partners, officers, directors and shareholders**



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL



b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                      DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                    DATE AND PURPOSE             AMOUNT OF MONEY
OF RECIPIENT,                     OF WITHDRAWAL               OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                        AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**



If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                 TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                        11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____12/1/15_____          Signature of Debtor _____

Date _____NA_____               Signature of Joint Debtor (if any) _____NA_____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                    Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form B8 (Official Form 8)
(9/97)

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF _____

In re _Aljalal, Ami M_,
　　　　　　Debtor

Case No. _____

Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

　　a. *Property to Be Surrendered.*

**Description of Property**　　　　　　　　　　　**Creditor's name**

　　None

　　b. *Property to Be Retained*　　　　　　　　　*[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | |
|---|---|---|---|---|---|
| Rental – SRO Burial Plot | Lawson YMCA Greenview Mem. | X | | X | should be on (Schedule F) |

Date: _____

_____
Signature of Debtor

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____NA_____

Printed or Typed Name of Bankruptcy Petition Preparer　　　　　Social Security No.

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____　　　　　_____
Signature of Bankruptcy Petition Preparer　　　　　Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _ALJALAL, AMI MERRIE_      Case No. _____
_____Debtor_____                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. _(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)_

| Property No. 1 | |
|---|---|
| **Creditor's Name:**  Greenview Memorial | **Describe Property Securing Debt:**  Burial Plot |

Property will be _(check one)_:
  ❏ Surrendered        ☒ Retained

If retaining the property, I intend to _(check at least one)_:
  ❏ Redeem the property
  ❏ Reaffirm the debt
  ❏ Other. Explain __11 US Code 522(d)(1)__ _(for example, avoid lien using 11 U.S.C. § 522(f))._

Property is _(check one)_:
  ☒ Claimed as exempt            ❏ Not claimed as exempt

| Property No. 2 _(if necessary)_ | |
|---|---|
| **Creditor's Name:**  — NA — | **Describe Property Securing Debt:** |

Property will be _(check one)_:
  ❏ Surrendered        ❏ Retained

If retaining the property, I intend to _(check at least one)_:
  ❏ Redeem the property
  ❏ Reaffirm the debt
  ❏ Other. Explain _____ _(for example, avoid lien using 11 U.S.C. § 522(f))._

Property is _(check one)_:
  ❏ Claimed as exempt            ❏ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**  Holsten Mngt Lawson House | **Describe Leased Property:**  Room-SRO | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☒ YES     ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**  — NA — | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES     ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**  — NA — | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES     ☐ NO |

∅ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 3/10/16

_____
Signature of Debtor

— NA —
_____
Signature of Joint Debtor